

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-97,054-01

### EX PARTE JOHN LEE RUDDICK, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 20-08-32320-D-1 IN THE 377TH DISTRICT COURT
### VICTORIA COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of aggravated sexual assault of a child under six years old and indecency with a child by exposure. He was sentenced to consecutive terms of 25 years' imprisonment and 5 years' imprisonment. The Thirteenth Court of Appeals affirmed his conviction. *Ruddick v. State, No.* 13-23-00102-CR (Tex. App. – Corpus Christi-Edinburg, May 16, 2024). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that his conviction had been affirmed and advise him of his right to file a *pro se* petition for discretionary review. Based on the record, the trial court has determined that Applicant is entitled to the

opportunity to file an out-of-time petition for discretionary review.

Relief is granted. *Ex parte Riley,* 193 S.W.3d 900, 902 (Tex. Crim. App. 2006). Applicant may file an out-of-time petition for discretionary review of the judgment of the Thirteenth Court of Appeals in cause number 13-23-00102-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: October 30, 2025
Do not publish